## WATSON v. COMMONWEALTH

(Decided September 27, 1929.)

W. W. Williams for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for assault and battery.

Appeal denied; judgment affirmed.

## BALL v. COMMONWEALTH

(Decided October 1, 1929.)

E. H. Johnson for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violating Motor Transportation Law, imposing a fine of $10.

Appeal dismissed for want of jurisdiction.

## BIG SANDY FRUIT COMPANY v. CHESAPEAKE & OHIO RAILWAY COMPANY.

(Decided October 8, 1929.)

L. J. May and Childers & Bowles for movant.

Browning & Reed, Kirk, Kirk & Wells, and Stratton & Stephenson opposed.

PER CURIAM Judgment dismissing the appeal in an action for damages for delay in shipment of fruit.

Appeal denied; judgment affirmed.